IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

ERIC KEITH McKINNEY,

    Plaintiff,

vs.

CARPENTER, Lieutenant Knox County Jail, ABERNATHY, Chief, ROBISON, Deputy of the Knox County Jail, DECKER, Deputy of the Knox County Jail, DEAN, Deputy of the Knox County Jail, BRIDGETT, Deputy of the Knox County Jail, KATHY, Deputy of the Knox County Jail, HAYNES, Deputy of the Knox County Jail, BUTLER, Dr. MD of the Knox County Jail, AMY, Nurse, and GENA, Nurse,

    Defendants.

Case No. 14-cv-1059

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Defendants, KAREN BUTLER, MD, AMY STOMBERG, RN, and GINA FOX, RN, furnishes the following in compliance with Rule 11.3 of this Court:

(1) The full name of every party or amicus the attorney represents in the case:

    KAREN BUTLER, MD
    AMY STOMBERG, RN
    GINA FOX, RN

(2) If such party or amicus is a corporation: not applicable

(a) Its parent corporation, if any: not applicable

(b) A list of corporate stockholders which are publicly held companies owning 10% or more of the stock of the party or amicus if it is a publicly held company: not applicable

(3) The names of all law firms whose partners or associates have appeared for the party or are expected to appear for the party in this case:

Quinn, Johnston, Henderson, Pretorius & Cerulo
227 N.E. Jefferson Ave.
Peoria, IL  61602

KAREN BUTLER, MD, AMY STOMBERG, RN, and GINA FOX, RN, Defendants

By: _____*s/Peter R. Jennetten*_____
Peter R. Jennetten
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Ave.
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
Email: pjennetten@quinnjohnston.com
I:\1\Civil\McKinney v. ACH 101 351 222\mckinney cert interest.docx

## CERTIFICATE OF SERVICE

I hereby certify that on **October 22, 2014**, I electronically filed this **CERTIFICATE OF INTEREST** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

   Bhairav Radia                                     **Attorneys for Knox County Defendants**
   George J. Casson, Jr.
   O'Halloran, Kosoff, Geitner & Cook, LLC
   650 Dundee Rd.
   Suite 475
   Northbrook, IL  60062
   Telephone:  (847) 291-0200
   Facsimile:  (847) 291-9230
   Email:  bradia@okgc.com
   Email:  gcasson@okgc.com

And I hereby certify that on **October 22, 2014**, I mailed a copy of this document by United States Postal Service to the following non-registered participant:

   Eric Keith McKinney                       *Pro se* **Plaintiff**
   K62708
   Pontiac Correctional Center
   P.O. Box 99
   Pontiac, IL  61764

                   *s/Peter R. Jennetten*
                   Peter R. Jennetten (Illinois Bar No. 6237377)
                   QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
                   227 N.E. Jefferson Ave.
                   Peoria, IL  61602-1211
                   Telephone:  (309) 674-1133
                   Facsimile:  (309) 674-6503
                   Email: pjennetten@quinnjohnston.com